BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MISCELLANEOUS FIREARMS AND AMMUNITION LISTED IN EXHIBIT A,<br><br>　　　　　Defendant. | 2:14-MC-00085-TLN-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant ShaRod Gibbons, in *propria persona* ("claimant"), as follows:

　　　　1.　　　On or about April 7, 2014, claimant filed a claim in the administrative forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") with respect to the Miscellaneous Firearms and Ammunition listed in Exhibit A attached hereto and incorporated herein (hereafter "defendant properties"), which were seized on or about February 26, 2014.

　　　　2.　　　The ATF has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant properties under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant properties as required by law in the administrative forfeiture proceeding.

　　　　3.　　　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant

1
Stipulation and Order to Extend Time

properties are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is July 3, 2014.

      4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 1, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

      5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture shall be extended to October 1, 2014.

Dated: 6/5/14        BENJAMIN B. WAGNER
       United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 6/5/14        /s/ Sha Rod Gibbons
SHA ROD GIBBONS
Potential claimant appearing in *propria persona*

(Signature authorized by verbal agreement)

**IT IS SO ORDERED**.

Dated: June 6, 2014

_____
Troy L. Nunley
United States District Judge

**Exhibit A**

1. Smith & Wesson M&P 15 rifle, 556 caliber, Serial Number: SR81422 (14-ATF-008683);
2. Sig Sauer (Sig-Arms) P238 pistol, 380 caliber, Serial Number: 27A220268 (14-ATF-008684);
3. 8 Rounds of Assorted Ammunition, 380 caliber: (14-ATF-008685);
4. CZ (Ceska Zbrojovka) CZ75 P-01 pistol, 9 caliber; Serial Number: B190487 (14-ATF-008686);
5. 14 Rounds of Hornaday Ammunition, 9 caliber; (14-ATF-008687);
6. Marlin Firearms Co. 60 rifle, 22 caliber; Serial Number: 17364737 (14-ATF-008688);
7. 30 Rounds of Assorted Ammunition, 223 caliber (14-ATF-008689);
8. 769 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-008690);
9. 696 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-008691);
10. 41 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-008692);
11. 36 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-008693);
12. 228 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-008694);
13. 261 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-008695);
14. 138 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-008697);
15. 560 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-008699);
16. 500 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-008700);
17. 350 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-008702); and
18. 444 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-008704).